BEFORE THE FIRST DIVISION, OCTOBER 16, 1963

**No. 68041.**—Western Geophysical Co. of America *v.* United States, protest 63/5001 (Los Angeles).

229

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of magnetic tapes with seismographic information recorded thereon similar in all material respects to those the subject of Abstract 67805, the claim of the plaintiff was sustained.